E-FILED
Friday, 20 February, 2009 09:04:56 PM
Clerk, U.S. District Court, ILCD

Paul Kincaid
#14635-026

Paul E Kincaid
2/17/2009

Pg 1

FILED
FEB 19 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

09-3053

To: United States District Court Central District of Illinois

This is a complaint against the following state and federal entities and employees and/or persons acting under color, by me Paul Edward Kincaid, #14635-026 a federal inmate currently held at USP Marion, Il. 62959. Defendants: #1 Sangamon County Illinois; #2 Sangamon County Sheriffs Department; #3 Sangamon County Jail; #4 The U.S. Marshals Service Central District, Illinois; #5 USM Jeff Cowdrey for the Central District Illinois; #6 Neil Williamson, Sheriff of Sangamon County, Springfield, Il.; #7 Terry Durr, Superintendent of Sangamon County Detention Facility, Springfield, Il.; #8 Ron Beckner Administrative of Sangamon County Detention Facility, Springfield, Il.; #9 William Strayor, Assistant Superintendent of Sangamon County Detention Facility, Springfield, Il.; #10 Officer C. Cain, Sangamon County Detention Facility, Springfield, Il.; #11 Mr. Rosenbeck, Guard, Sangamon County Detention Facility #12 Doctor Joseph Maurer, Internist Koke Mill Medical Associates 3132 Old Jacksonville Road, Suite 200, Springfield, Il.; #13 Lee Ann Braver, RN Sangamon County Detention Facility, Springfield, Il.; #14 C. Taylor, LPN Sangamon County Detention Facility, Springfield, Il. #15 L. Ramsey LPN Sangamon County Detention Facility, Springfield, Il.; #16 Unidentified Employees, Guards and Medical Staff, Sangamon County Detention Facility, Springfield, Il.

The Violations and Harm against me took place at the Sangamon County Detention Facility located at #1 Sheriffs Plaza, Springfield, Il. 62701 where I was held as an inmate beginning on 9-6-06 to 5-19-08. I was federal. The following torterous ordeal against me took place from 3-31-07 to 4-15-07. I fell

PAUL KINCAID  
#14635-026  
Paul E. Kincaid  
2/17/2009  
Pg 2 of 6

ill on 3-30-07 Friday with a sore throat. My immune system was highly compromised as I had lost some 84 pounds from 9-6-06 to 4-4-07, in about 200 days. A weight loss of nearly 1/2 pound a day: 3 pounds a week. On 9-12-06 I weighed 245 pounds, on 4-4-07 I weighed 161 pounds. A loss of 84 pounds in 200 days. I lost this weight as a result of not being able to eat the food. I have GERDS. The food caused severe digestive pain. I had on-going bouts of vomiting. The staff was aware of it. I reported in writing on 3-31-07 that I had a sore throat. I was sick. I couldn't swallow. Nurse Stace gave me a throat lozenge. I had vomited, had diarrhea. I could not drink or eat. On Sunday 4-1-07 I reported in writing that I was much sicker: more vomiting, chills, fever, still couldn't swallow. Pain was 8-9 on a scale 1-10. Could not drink or eat. I requested an anti-biotic. I suspected an infection. Staff response: RN Braver said to see Doctor Monday. I hurt bad! They sent me away with nothing. Later that Sunday 4-1-07 evening my condition got even worse. The nurse, C. Taylor, took my temperature. It was 104.6 high very. B.P. 100/60 low. Heart rate 123 a minute. Fast. I'd vomited for 2 days. Constant bouts. I had a severe sore throat burning and stabbing pain. My throat was swollen. Very little urine output. It burned. My skin was hanging. I felt like I'd die. I was weak, dizzy, head-ache, sweating. They gave me a Cipro Doctor Maurer's order. I threw it up. I retook it with just a sip of water. I'd lost 5 or more pounds in just a couple days. Tylenol that is the treatment I got. They sent me away, like that. I had a torturous night. Painfully miserable. On Monday 4-2-07 Doctor Maurer saw me. I was still in severe pain. I'd vomited through the night. I didn't drink all night. I couldn't! It burned just to swallow. I told the doctor all this, I was dizzy, chest pains, little urine: dark,

Paul Kincaid
#14635-026

Paul E. Kincaid
2/17/2009

Pg 3 of 6

BURNED. I WAS HOT. I TOLD THE DOCTOR ALL THIS. HE DID NOTHING. SENT ME AWAY. HE SAID HE'D SEE ME NEXT WEEK. MY FAMILY HAD VISITED ME ON THAT SUNDAY 4-1-07. THEY CALLED TO GET ME HELP. MY DEFENSE ATTORNEY, MR. NOLL, SENT A HAND-DELIVERED LETTER (COPY ATTACHED) TO THE U.S. MARSHALLS OFFICE TO A MR. COWDREY ON MONDAY REQUESTING THAT THEY HELP ME. THEY TOLD MR. COWDREY THAT I HAD A HISTORY OF STREP THROAT, SCARLETINIA AN INFECTION; THAT I'D LOST 85 POUNDS AND I WASN'T HOLDING DOWN FLUIDS. THEY NEVER DID HELP ME OR GET ME HELP. ON 4-2-07 MONDAY MORNING MY PASTOR CALLED BECKNER AND TOLD HIM HOW SICK AND HURT I WAS. I NEEDED TO SEE MY PASTORS AND THEY NEEDED TO SEE ME. THEY DID. BECKNER TOLD LARRY COOKE AND JUDY COOKE THAT I WAS FINE. ANOTHER FAMILY MEMBER CALLED AND SPOKE TO OFFICER CAIN. THEY TOLD CAIN I NEEDED IV FLUIDS: THAT I WAS BADLY DEHYDRATED. CAIN SAID "I WAS FINE". SHE DID NOT NEED TO LOOK IN ON ME. SHE WAS LOOKING AT MY CHART. THERE IS ON FILE A NOTIFICATION DOCUMENT WRITTEN BY THE JAIL THAT OUTSIDE CALLS CONCERNING MY HEALTH WERE RECEIVED BY THEM, A Sgt. King & THATS HIS SIGNATURE STYLE. ON TUESDAY April 3, 2007 I SAW A NURSE, S. HEEP? I HAD A MISERABLE TORTUROUS NIGHT BEFORE AND TUESDAY I REGURGITATED THE WATER WHILE TAKING CIPRO It's IN THE NURSE NOTES. I TOLD THE NURSE I HADN'T EATEN SINCE SATURDAY. THAT I'D SIPPED, IT TOOK ALL DAY, 2-5 oz JUICES DOWN. THAT BURNED BAD. I HAD ALMOST NO SALIVA. I SPIT WHAT I DID PRODUCE INTO A NAPKIN. I HAD 101 OR SO TEMPERATURE - PULSE 107 SITTING - MY THROAT WAS MORE SWOLLEN. ITS IN THE NURSE NOTES, LITTLE URINE, DARK, IT BURNED, I TOLD HER ALL THAT. THE NURSE MAKES NOTE OF MY GRIMACING WHEN I SWALLOWED. SHE TOLD Dr. MAURER. NO CHANGE ORDERS: NOTHING! THEY DID NOT; WOULD NOT HELP ME. I NEEDED PAIN RELIEF AND IV FLUIDS. I GOT NOTHING. SO UNNECESSARY. ON WEDNESDAY 4-4-07

PAUL KINCAID
#14635-026

Paul E Kincaid
2/17/2009

Pg 4 OF 6

I saw Dr. Maurer. He weighed me: 161 pounds down from 176 pounds just weeks before. I told the doctor everything: same as before. He ordered a urine test and blood test, chest x-ray, nothing else. In spite of the fact I was seriously dehydrated, in excrutiating pain, I filled the urine cup as I could (maybe an inch). It burned and the urine was dark. It was the only urine in 12 hours!! I was sent away. Mr. Noll sent a letter on Thursday 4-5-07 to a family member telling them that he'd talked to Mr. Cowdrey a number of times and Mr. Cowdrey told Noll that "I was getting taken care of - being cared for appropriately." I paid a high price because he thought my lawyer and family were liars. My pain was never below a level 8. At 10, much of the time. I was weak. What little they were doing for me, Cipro, that's it, was not working. They knew it. I finally had to tell my family to stop trying to get me help. A family member had dropped off a medical POA. I was taken out of my sick bed, marched into the hall. I could not stand. CO Burello sat me down in a chair against the hall bars. Suddenly I heard a man coming down the hall (I was told a big shot) 2nd in charge: Strater - Strayor - CUSSING and SCREAMING. F___, G_D___, the whole smear. He came around the corner and could see how sick I was. He informed me HE wasn't a G__D___ file clerk and what did HE need this F___ing Power of Attorney. Tell your family to _____. I felt extremely threatened! I was marched back to my cell. Strayor never helped me or got me help. He should have: I needed help. That evening I told two family members to back off trying to get me help. I was so scared. I knew I was being left to die and

Paul Kincaid
#14635-026

Paul E. Kincaid
2/17/2009

Pg 5 of 6

felt I would die. Even though I hurt so bad, I was intimidated into silence, so was my family. I asked about my blood tests: no answer. I stopped asking. Friday 4-6, Sat 4-7, Sun 4-8, Mon 4-9, Tue 4-10 No Help, No different treatment, nothing for pain, just Cipro. 240 hours a tortorous ordeal. I had no where to turn on this earth. Dr. Maurer never saw me after 4-4-07. I discovered much later that my WBC was 17,400. Very High! I had 15 out of 35 or so things that tested "out of wack" My SEGS were 14,400 - very high normal is 1,800-8,100. I was "one sick puppy" as one of the nurses told me. But I never got help. Until:

Wednesday April 11, 2007 at 7:30 PM I went into convulsions; screaming in pain. 30 minutes later they escorted me, as I walked all bent over, down to a squad car in the admissions area. When I went writhing and screaming in pain into the admissions area several of the staff beginning "mocking" me with my screams of pain! I was taken to St. Johns Hospital. I had a gangrene gall bladder removed. I also feel I had a heart attack during this long, tortorous ordeal. It should have never happened. I will not be intimidated like that again. I have a right to be heard on this and bring action against those named in a court of law. They had every reason to know I was deathly sick. Every reason to know and be concerned that I was getting worse. Every reason to know the treatment I was receiving was sorely inadequate. I received two Tylenol over a 240 hour tortorous ordeal,

Paul Kincaid
#14635-026

Paul E. Kincaid
2/17/2009

Pg 6 of 6

Nothing for pain. Nothing to get me fluids or food. The doctor at St. John's told me I was 153 pounds when I came in, that's 8 more pounds lost in 8 days. 4-4-07 to 4-11-07; 161-153. I was in desperate need of fluids, food, and pain medecine. I should have been taken to the hospital on Sunday 4-1-07. CO Rosenbeck told me, as he was present on 4-1-07 and heard the nurse say I had a temperature of 104.6, that he'd have taken me to the hospital then. Who did he tell? He should have. Treatment delayed = pain and suffering in the extreme. Treatment denied = pain and suffering in the extreme. They were purposeful in their mean treatment of me. I have a cause of action against those named.

I need an attorney. I can not afford one, I can not handle this myself. I still suffer from the ordeal, I continue to suffer, the effects of that most grievious and unjust treatment to this day. I can never be made whole in this matter or given back those days and the degree of good health I enjoyed before SCJS and USMS abuse beset me. I hope I can exact some measure of justice and compensation for the harm they've done me. Thank you!

Signed 17 February 2009
Paul E. Kincaid
#14635-026
USP Marion
PO Box 1000
Marion, IL 62959

G-49

# NOLL LAW OFFICE

802 South Second Street
Springfield, Illinois 62704
(217) 544-8441
Fax (217) 544-8775
email: noll@noll-law.com



Jon Gray Noll

Conrad Noll, Jr.
1909-1990

April 2, 2007

United States Marshals Service
Attn: Jeff Cowdrey, DUSM
600 E. Monroe
Suite 333
Springfield, Il 62701

HAND DELIVERY

Subject:   *United States v. Paul Kincaid*
           Case No. 06-03040

Reference: 31-2210

Dear Sir:

As you know, we represent Mr. Kincaid in the above-referenced matter.

We are extremely concerned about the physical and medical condition of Paul Kincaid. Over the last six months, since the time of his arrest, he has had an unmonitored weight loss of 85 pounds. He is presently suffering from what he believes to be a sinus infection, along with strep throat. He is also having difficulty maintaining fluids. We are concerned because Mr. Kincaid has a previous history of strep throat and scarletina.

We ask that he be seen by a medical doctor and that a medical workup be completed on him as to these various issues.

We have spoken to the jail supervisor about this in the recent past. By this letter, we are not complaining. However, with their limited resources and numerous responsibilities, we think that this is a situation that requires the focus of the U. S. Marshals Service to make sure that this 66-year-old man, in apparently failing health, needs to be addressed.

As always, thank you for your cooperation and assistance in this matter.

Very truly yours,

Jon Gray Noll

JGN:wj

cc:   Paul Kincaid

ST. JOHN'S HOSPITAL
800 E. Carpenter
Springfield, Illinois 62769

012158921000  I  04/11/2007
Kincaid, Paul

66   03/03/1941   M   SUR
Fullerton, James

| Date | Surgery  OP NOTE  Note condition daily, diagnosis, change in diagnosis, complications, etc. |
|------|---|
| 4/4/7 | PreOp: Acute cholecystitis |
| | PostOp: - Acute gangrenous cholecystitis |
| | Procedure: lap chole. c̄ IOC |
| | |
| | GETA |
| | Fullerton / Mitchell |
| | EBL - min |
| | IVF  1500 |
| | |
| | |
| | |
| | [signature] Mitchell |
| | SCR |
| | post op |
| 4/14/07 | S: Pain controlled. ∅ CP/SOA/NV |
| | O: 49  18  108/24 |
| | Gen A&Ox3, NAD |
| | Chest unlabored |
| | CV RRR |
| | Abd s/ND App T.T.P. dressings c/d/i |
| | Ext ⊖ SCD's |
| | A/P s/p Lap chole |
| | IV/PO pain control |
| | ↑ diet |
| | ↑ activity |
| | (Licup #15821) |

| | |
|---|---|
| DEPARTMENT OF THE SHERIFF<br>DIVISION OF CORRECTIONS<br>MEDICAL SERVICES SECTION | ON-CALL MEDICAL NOTIFICATION |

Date: 4-2-07 , 19 ___    Time Notified: 2235

Prisoners Name: Paul Rhoads    Section: H-32

Reason for Contact: Received call Sick call _____ Checking vitals Temp 100.1 sats 92 Puls 94 B/P 107/65

Treatment: Per LeAnn give 2 Tylenol

On-site Treatment ☐    Telephone Recommendation ☒    Time: 2235

Shift Commanders Signature: _____

Attending Medical Staff: _____

Phychologist Signature: _____

ORIGINAL: Administrative File    YELLOW: Medical Supervisor    PINK: Arrest Jacket
SCSO Form #155

# NOLL LAW OFFICE

802 South Second Street
Springfield, Illinois 62704
(217) 544-8441
Fax (217) 544-8775
email: noll@noll-law.com

Jon Gray Noll

Conrad Noll, Jr.
1909-1990

April 5, 2007

Steven R. Collins
502 East Union Avenue
Litchfield, Illinois 62056

Subject:     US v. Kincaid

Reference:   31-2210

Dear Sir:

This letter acknowledges your numerous telephone calls received by our answering machine over the past several days concerning the health of Mr. Kincaid.

We are aware of Mr. Kincaid's physical deterioration. We agree with you that Mr. Kincaid is declining, and we join with you in your efforts to have him medically evaluated and cared for.

Unfortunately, as we have discussed with you, we are not in charge of the Sangamon County Jail, nor do we have the ability to dictate to that facility the manner in which its inmates are housed.

We have contacted the United States Marshall's Office, specifically Agent Jeff Cowdrey, on several occasions over the past few days. Agent Cowdrey is in charge of such matters at the Sangamon County Jail on behalf of the United States Government. Agent Cowdrey has assured our office that Mr. Kincaid is receiving appropriate care. He encouraged you to contact him directly during normal business hours if you have any concerns. We have also alerted the Sheriff's Office, who carries the primary responsibility for the care of the persons in its custody.

We have spoken to Mr. Larry Cook of Cornerstone Ministries, who has contacted our office out of concern for Mr. Kincaid. We encouraged Mr. Cook to contact Agent Cowdrey and Sheriff Williamson to lodge his concerns with the appropriate authorities.

We have also talked with Mr. Kincaid's sister, Sandra Sanford, and encouraged her also to contact Agent Cowdry and Sheriff Williamson.

By way of suggestion, it might be helpful if you write a letter to Agent Cowdrey laying out your concerns, and mail it Certified Mail, Return Receipt Requested. Agent Cowdrey's address is as follows:

United States Marshals Service
Attn: Jeff Cowdrey, DUSM   217-492-4430
600 E. Monroe, Suite 333
Springfield, Il 62701

It is also possible that a civil attorney might be of assistance to you in this matter, to force the U.S. Marshall's Service and Sangamon County Sheriff's Office to properly address any medical requirements of Mr. Kincaid. If you need some referrals in that regard, we can suggest some names of civil attorneys in this area from which you might select a firm to assist you. Unfortunately, our office does not handle that type of litigation.

We are sensitive to the concerns of Mr. Kincaid's family and friends regarding his health and welfare. We hope that these suggestions will assist in bringing about the proper medical care for Mr. Kincaid in a timely fashion.

Very truly yours,

Jon Gray Noll

JGN;pn

SHAWN LANGLEY US DEPUTY

"JUDY COOKE"
"ST. JOHNS"
FED. COURT.
217-492-4428