E-FILED
Wednesday, 13 June, 2012 08:46:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PAUL E. KINCAID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09-CV-3053 |
| | ) | |
| SANGAMON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

A status conference was held on June 11, 2012 by telephone conference. Attorney Mehlick indicated that he had no information on a current address for Defendant "C. Taylor," whose first name was identified as Christina. According to Mr. Mehlick, Taylor worked for Medical Staffing Network, which no longer contracts with the Sangamon County Jail. Mr. Mehlick did have an address for Taylor from several years ago, but reported that he recalled Taylor expressing that she was moving to North or South Carolina. The Court attempted a "reverse look up" on www.whitepages.com using the address provided by Mr. Mehlick, but the person associated with that address is not Ms. Taylor. The Court also attempted to look up Medical Staffing Network on the website for the Illinois Secretary of State,

1

but the search turned up many businesses with that name. The Court has tried to assist Plaintiff in locating Defendant Taylor, but Plaintiff bears the ultimate responsibility for locating Taylor. Plaintiff also bears the responsibility for serving Taylor pursuant to Local Rule 16.3(D) since he paid the filing fee in full. IT IS THEREFORE ORDERED:

1) Plaintiff shall have until September 4, 2012 to serve Taylor, or she will be dismissed without prejudice.

2) By July 31, 2012, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

3) The deadline for filing an amended complaint and identifying unknown parties is September 4, 2012.

4) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by October 1, 2012.

5) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by November 1, 2012.

6) Discovery closes February 4, 2013.

7) Dispositive motions are due March 4, 2013.

8) Plaintiff's incarceration limits him to written discovery. Written discovery must be served on a party at least 30 days before the discovery deadline.

Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery. See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

9) A final pretrial conference is scheduled for October 7, 2013, at 1:30 p.m.. Defendants' counsel shall appear in person. Plaintiff shall appear by video. The parties are directed to submit an agreed, proposed final pretrial order at least 14 days before the final pretrial conference.

10) The jury trial is scheduled on the Court's trailing trial calendar for November 5, 2013, at 9:00 a.m. before this Court in Springfield, Illinois. The actual date for jury selection and jury trial will be finalized at the final pretrial conference.

ENTERED: June 13, 2012

FOR THE COURT:

                                          s/Sue E. Myerscough
                                          SUE E. MYERSCOUGH
                                          UNITED STATES DISTRICT JUDGE