UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PAUL E. KINCAID, | ) |
| Plaintiff, | ) |
| v. | )   09-CV-3053 |
| SANGAMON COUNTY, et al., | ) |
| Defendants. | ) |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

At the status conference on July 18, 2014, the Court heard argument on Plaintiff's motion to reopen discovery. As the Court ruled at that conference, Plaintiff's motion is granted over Defendants' strenuous objections. Federal Rule of Civil Procedure 15(a)(2) requires leave to be freely given when justice requires. The discovery sought by Plaintiff is no more than what Plaintiff would have been able to obtain had he had an attorney earlier. Defendants will not be prejudiced because the Court will reopen discovery for them as well.

After the status conference, the Court attempted to coordinate a confidential video conference between Plaintiff and his appointed pro bono attorney but this was not permitted due to policy and concerns over the video equipment.  Plaintiff's pro bono counsel will require confidential communications with his client, and allowing these to happen by video will save resources for pro bono counsel and for the prison, which will otherwise need to bring Plaintiff in person.  Plaintiff may be shackled in the video room to protect the equipment.  At the next hearing, Plaintiff will appear by video if he will be permitted a confidential video communication with his attorney.  Otherwise, the Court will writ Plaintiff to the courthouse to appear in person.

IT IS ORDERED:

1. Plaintiff's expert disclosures are due October 1, 2014.
2. Defendants' expert disclosures are due November 3, 2014.
3. All discovery closes January 30, 2015.
4. Dispositive motions are due February 27, 2015.
5. The final pretrial conference is rescheduled for April 13, 2015 at 2:00 p.m.

6. The jury selection and trial are rescheduled for April 28, 2015 at 9:00 a.m.

7. The motions in limine are denied with leave to renew two weeks before the final pretrial conference. (186, 187).

8. Plaintiff's motion for an extension is denied as moot (194).

9. Plaintiff's motion to reopen fact and independent expert discovery and to vacate trial setting for September 29, 2014 [196] is granted over objections.

10. The clerk is directed to send a copy of this order to the Warden of Marion Penitentiary.

ENTERED: July 18, 2014

FOR THE COURT:

                                 **s/Sue E. Myerscough**
                                   SUE E. MYERSCOUGH
                        UNITED STATES DISTRICT JUDGE