UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PAUL E. KINCAID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:09-cv-03053-SEM-TSH |
| | ) | |
| JEFF COWDREY, *et al.*, | ) | District Court Judge: Sue Myerscough |
| | ) | Magistrate Judge: Thomas Schanzle-Haskins |
| Defendants. | ) | |
| | ) | |

## MOTION IN LIMINE TO BAR EVIDENCE OFFERING UNQUALIFIED MEDICAL OPINIONS

Defendant, Joseph Maurer, M.D. for his MOTION IN LIMINE TO BAR UNQUALIFIED MEDICAL OPINIONS, hereby move the Court for an Order, in limine, barring Plaintiffs, their attorneys, and all witnesses called on their behalf from attempting to introduce any evidence of, or making any direct or indirect references to, the following matters in the hearing or presence of potential or seated jurors **that any lay witness may offer any medical opinions about what medical treatment was necessary or appropriate.** *Pearson v. Ramos*, **237 F.3d 881, 886 (7th Cir. 2001)**. Wherefore, Defendant, Joseph Maurer, M.D. requests this honorable court enter an order in limine excluding any evidence, reference, argument or inference by Plaintiff or his counsel of any unqualified medical opinions.

By   s/Christian D. Biswell
Christian D. Biswell, #06274580
DRAKE, NARUP & MEAD, P.C.
107 East Allen Street
Springfield, Illinois 62704
Phone: (217) 528-9776
Email: Biswell@dnmpc.com
*Attorney for: JOSEPH MAURER, M.D.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PAUL E. KINCAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-03053-SEM-TSH |
| ) | |
| JEFF COWDREY, *et al.*, ) | District Court Judge: Sue Myerscough |
| ) | Magistrate Judge: Thomas Schanzle- |
| Defendants. ) | Haskins |
| ) | |

### *CERTIFICATE OF SERVICE AND FILING*

Under penalties as provide by law pursuant to 735 ILCS 5/1-107 of the Code of Civil Procedure, the undersigned certifies that on August 20, 2015 we caused service of the following document:

Defendant Joseph Maurer's Motion In Limine to Exclude Unqualified Medical Opinions be made by e-mailing true and correct copies thereof to:

| | |
|---|---|
| Raylene DeWitte Grischow | rgrischow@hinshawlaw.com |
| Gerald A. Brost | gerard.brost@usdoj.gov |
| John F. Watson | jfw@craiglaw.net |
| J. Patrick Lee | jpl@craiglaw.net |
| Greg M Gilmore | greg.gilmore@usdoj.gov |

As requested by the Circuit Clerk of this Court, the original discovery was not filed with the Clerk of the Court, but was retained in our files. This Certificate of Service is being filed to certify that copies were served as stated herein.

By   s/Christian D. Biswell
Christian D. Biswell, #06274580
DRAKE, NARUP & MEAD, P.C.
107 East Allen Street
Springfield, Illinois 62704
Phone: (217) 528-9776
Email: Biswell@dnmpc.com
*Attorney for: JOSEPH MAURER, M.D.*