E-FILED
Friday, 25 September, 2015 04:26:30 PM
Clerk, U.S. District Court, ILCD

# VERDICT FORM
## Kincaid v. Durr, et al., 09-CV-3053

1. **DEFENDANT TERRY DURR:**

On Plaintiff's claim against Defendant TERRY DURR, we find in favor of :

_____*Terry Durr*_____
(Write in Plaintiff Paul Kincaid or Defendant Terry Durr)

2. **DEFENDANT RON BECKNER:**

On Plaintiff's claim against Defendant RON BECKNER, we find in favor of:

_____*Ron Beckner*_____
(Write in Plaintiff Paul Kincaid or Defendant Ron Beckner)

3. **DEFENDANT WILLIAM STRAYER:**

On Plaintiff's claim against Defendant WILLIAM STRAYER, we find in favor of :

_____*William Strayer*_____
(Write in Plaintiff Paul Kincaid or Defendant William Strayer)

**4.  DEFENDANT CANDACE CAIN:**

On Plaintiff's claim against Defendant CANDACE CAIN, we find in favor of :

_____Candace Cain_____
*(Write in Plaintiff Paul Kincaid or Defendant Candace Cain)*

**5.  DEFENDANT JOSEPH MAURER:**

On Plaintiff's claim against Defendant JOSEPH MAURER, we find in favor of :

_____Joseph Maurer_____
*(Write in Plaintiff Paul Kincaid or Defendant Joseph Maurer)*

**6.  DEFENDANT LEE ANNE BRAUER:**

On Plaintiff's claim against Defendant LEE ANN BRAUER, we find in favor of :

_____Lee Anne Brauer_____
*(Write in Plaintiff Paul Kincaid or Defendant Lee Ann Brauer)*

7. **DEFENDANT LUCY RAMSEY:**

On Plaintiff's claim against Defendant LUCY RAMSEY, we find in favor of :

          *Lucy Ramsey*
_____
(Write in Plaintiff Paul Kincaid or Defendant Lucy Ramsey)

***If you found against one or more Defendants, fill in lines 8 and 9 below, listing the total amount of compensatory damages you award and the punitive damages you award, if any. If you found in favor of all Defendants, do not complete lines 8 or 9.***

8. We fix Plaintiff's total compensatory damages in the amount of _$_____. *(If you found against one or more Defendants but found that Plaintiff failed to prove compensatory damages, then write $1.00 for compensatory damages.)*

9. Having found against a particular Defendant, we fix Plaintiff's punitive damages against that Defendant, if any, as follows:

        Defendant Terry Durr:         $_____
        Defendant Ron Beckner:      $_____
        Defendant William Strayer:   $_____
        Defendant Candace Cain:     $_____

Defendant Joseph Maurer: $_____
Defendant Lee Anne Brauer: $_____
Defendant Lucy Ramsey: $_____

*(Write in the amount of punitive damages, if any, you assess against a particular Defendant if you found against that Defendant. If you assess no punitive damages against that Defendant, write a zero.)*

Date: 9/22/2015

s/Juror *[signature]*
Presiding Juror

s/Juror *[signature]*

s/Juror *[signature]*

s/Juror *[signature]*

s/Juror *[signature]*

s/Juror *[signature]*

s/Juror *[signature]*