3:09-cv-03053-TSH     # 366     Filed: 09/25/15     Page 1 of 2            E-FILED
Judgment in a Civil Case (02/11)                Friday, 25 September, 2015  05:06:11 PM
                                                      Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Paul E Kincaid,** ) | |
|        **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 09-3053 |
| ) | |
| **Sangamon County, Illinois, Sangamon** ) | |
| **County Sheriff's Department, Sangamon** ) | |
| **County Jail, The U.S. Marshals Service,** ) | |
| **U S M Jeff Cowdrey, Neil Williamson,** ) | |
| **Terry Durr, Ron Beckner, William Strayor,** ) | |
| **Officer C. Cain, Mr. Rosenbeck, Dr Joseph** ) | |
| **Maurer, Lee Ann Brauer, C. Taylor,** ) | |
| **LPN L Ramsey, Unidentified Employees,** ) | |
| **Guards and Medical Staff,** ) | |
|        **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the jury verdict rendered on 9/22/2015, judgment is entered in favor of Defendants Terry Durr, Ron Beckner, William Strayer, Candace Cain, Joseph Maurer, Lee Ann Brauer, and Lucy Ramsey.-----------------------------------

    6/5/2012 ----- Pursuant to the Opinion entered by Judge Sue E. Myerscough, Defendants Sangamon County Jail and The U.S. Marshals Service were terminated.

    12/14/2012 ----- Pursuant to the Text Order entered by Judge Sue E. Myerscough, Defendants Taylor and Rosenbeck were terminated.

    3/10/2014 ----- Pursuant to the Opinion entered by Judge Sue E. Myerscough, Defendants Unidentified Employees, Guards and Medical Staff were terminated.

  6/4/2014 ----- Pursuant to the Text Order entered by Judge Sue E. Myerscough, Defendants Sangamon County Sheriff's Department and Sangamon County, Illinois were terminated.

  8/3/2015 ----- Pursuant to the Opinion entered by Judge Sue E. Myerscough, Defendant Neil Williamson was terminated.

  9/11/2015 ----- Pursuant to the Order entered by Judge Tom Schanzle-Haskins, Defendant Jeff Cowdrey was terminated.

**Dated: September 25, 2015**

              s/ Kenneth A. Wells
              Kenneth A. Wells
              Clerk, U.S. District Court